**Motions Disposed and Order filed September 26, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00008-CV
_____

**MATTHEW S. BOVEE, Appellant**

**V.**

**HOUSTON PRESS LP, ET AL, Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-16984**

---

## ORDER

Appellant is an inmate proceeding pro se. By order dated July 6, 2017, we determined that appellant may proceed in this appeal without advance payment of costs and ordered the district clerk to prepare, certify, and file the clerk's record. The clerk's record was filed on August 7, 2017.

Appellant has filed a motion in this court alleging the district clerk will not serve him a hard copy of the record and asking us to compel the clerk to do so. He

has also filed a motion asking us to compel the court reporter to file the reporter's record. Finally, he requests an extension to file his brief until after the clerk's record is served.

The motion to compel the district clerk to serve him a hard copy of the record is **GRANTED**. The district clerk shall provide appellant with a hard copy of the clerk's record and shall file proof in this court by **October 6, 2017**, of such service. If the district clerk has already served appellant with a hard copy of the record, the clerk shall notify this court of such service by **October 6, 2017**.

The court reporter notified this court on January 6, 2017, that there is no reporter's record in this case. Accordingly, the motion to compel the court reporter to file the reporter's record is **DENIED**.

The motion for extension is **GRANTED**. Appellant's brief is due **November 6, 2017**.

PER CURIAM